IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON HENSLEY,<br>Defendant. | 9:24-PO-05049-KLD<br><br>VIOLATION:<br>F06I0023<br>Location Code: M10<br><br>ORDER |
|---|---|

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that violation notice F06I0023 is DISMISSED, and the arrest warrant issued for Defendant's failure to appear is QUASHED.

IT IS FURTHER ORDERED that the Clerk of Court close case.

DATED this __18th__ day of June, 2024.

_____
Kathleen L. Desoto
United States Magistrate Judge